The following constitutes the order of the court.
Signed May 23, 2017

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re                                    | No. 17-40920
                                         | Chapter 7
Vernessa Jones,                          |
                                         |
        Debtor.              |
_____|

**MEMORANDUM RE: REAFFIRMATION AGREEMENT**

    On April 4, 2017, Debtor filed the above-captioned bankruptcy case and two reaffirmation agreements (one with Nissan and another with Toyota). On April 26, 2017, the Court held a hearing on both reaffirmation agreements and Debtor appeared. For the reasons stated on the record, the Court approved the reaffirmation agreement with Nissan but denied the agreement with Toyota. On May 11, 2017, Debtor filed a second reaffirmation agreement with Nissan for the same vehicle. The Court cannot tell why Debtor recently filed a second reaffirmation agreement for the same vehicle.

    If Debtor would like the Court to reconsider the recently-filed second reaffirmation agreement, Debtor will have to file a supplemental document explaining why she is filing what appears to be a duplicative agreement. If Debtor does not provide an explanation or otherwise proceed with the recently-filed reaffirmation agreement by **June 14, 2017**, the Court will deny it for lack of prosecution (note: denial of this recently-filed reaffirmation agreement will not affect the previously approved reaffirmation agreement).

                              **\*END OF MEMORANDUM\***

| | |
|---|---|
| 1 | |
| 2 | **COURT SERVICE LIST** |
| 3 | |
| 4 | **Vernessa J. Jones**<br>P.O. Box 3344 |
| 5 | Hayward, CA 94540 |